```
** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED                       REMOTE CSID      DURATION   PAGES   STATUS
July 11, 2019 at 10:54:57 AM EDT    FF240-IP         38         1       Received
           Lynn Brown 2677654418                  (01/01) 07/11/2019 10:54:36 AM
```

July 11, 2019

United States District Court
District of New Jersey
Chambers of Joel Schneider
One John F. Gerry Plaza
Fourth & Cooper Streets, Room 2060
Camden, New Jersey 08101

RE: Brown, et al. v. Wirtgen Group, et al
    Civil No. 18-16004 (NLH/JS)

Dear Judge Schneider:

We are requesting Dismissal with Prejudice on all cross claims as to exchange for all claims with regards to the above matter due to family emergency that has occurred which has consumed a lot of time to pursue this case.

Please let us know if this can be granted. Thank you.

Sincerely,

Derick Brown and Lynn Brown

So Ordered this 15th day
of August, 2019
JOEL SCHNEIDER, USMJ